Elizabeth G. Daily, OSB #111758
Assistant Federal Public Defender
Email: liz_daily@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>v.<br><br>NOKOMIS LEE,<br><br>                     Defendant. | Case No. 3:25-cr-00268-SI-1<br><br>FIRST UNOPPOSED MOTION TO CONTINUE TRIAL |

Defendant, Nokomis Lee, through her attorney, Elizabeth G. Daily, moves this Court to continue the trial in the above-entitled case, which is presently scheduled for August 26, 2025, for a period of approximately 63 days, to October 28, 2025, or a date thereafter convenient to the Court. This motion is based on the reasons set forth in the accompanying declaration and is unopposed by Assistant United States Attorney Pamela Paaso.

Ms. Lee is charged by Information with Failing to Obey a Lawful Order in violation of 41 C.F.R. § 102.74.385. Ms. Lee is currently on pretrial release. Additional time is needed for the defense to investigate, review discovery, meet with Ms. Lee, and discuss any potential resolution of this matter.

Specifically, the parties request the Court exclude the 88-day period from August 29, 2025, through November 25, 2025, under the Speedy Trial Act. The ends of justice are served by a 63-day continuance of this matter.

Ms. Lee understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: July 30, 2025.

                                             */s/ Elizabeth G. Daily*
                                             Elizabeth G. Daily, OSB #111758